AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

United States of America )
v. )
Reginald O'Neal Dunlap )  Case No: 4:07-cr-00208-TLW
)  USM No: 15082-171
Date of Original Judgment: 03/20/2008 )
Date of Previous Amended Judgment: 02/14/2013 )  Michael A. Meetze
*(Use Date of Last Amended Judgment if Any)*       *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 156 months **is reduced to** 135 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

If this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

Except as otherwise provided, all provisions of the judgment dated 02/14/2013 shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    06/12/2015                    s/ Terry L. Wooten
                                                            *Judge's signature*

Effective Date:    11/01/2015                Terry L. Wooten, Chief United States District Judge
        *(if different from order date)*              *Printed name and title*